UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 88-79-Cr-HOEVELER

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GENERAL MANUEL ANTONIO NORIEGA

       Defendant.

_____/

**PETITION FOR WRIT OF HABEAS CORPUS
AD TESTIFICANDUM**

General Manuel Antonio Noriega, by and through his undersigned counsel, respectfully requests that this court issue a Writ of Habeas Corpus Ad Testificandum. In support of this motion, Petitioner states as follows:

1. This Court has scheduled a hearing on General Noriega's Motion for Writ of Habeas Corpus, Mandamus, and Prohibition for Monday, August 13, 2007. General Noriega's attendance is necessary for that proceeding.

2. General Noriega is in prison at the Federal Correctional Institution in Miami.

2

      3. Wherefore, petitioner requests that this Court order the Clerk of the Court to issue a Writ of Habeas Corps Ad Testificandum to the Warden of FCI Miami and deliver General Noriega to the Marshal of this District, or his lawful deputy, to be brought by him before this Court for the hearing and be promptly returned to the Warden's custody when the hearing is completed (See attached).

Respectfully submitted,

| | |
|---|---|
| Frank A. Rubino, Esq. | Jon May, Esq. |
| 2601 S. Bayshore Drive | 110 SE 6th Street |
| Suite 1400 | Suite 1970 |
| Miami, FL 33133 | Fort Lauderdale, FL 33301 |
| By: */s/ Frank A. Rubino* | By: */s/Jon May* |
|    FRANK A. RUBINO, ESQ. |    JON MAY, ESQ. |
|    Fla. Bar # 209171 |    Fla. Bar #276571 |

2

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Petition has been filed electronically with the Clerk using CM/ECF and furnished by electronic delivery this 7th day of August, 2007 to: Michael P. Sullivan, Assistant U.S. Attorney, 99 NE 1st Street, Miami, FL and to all other counsel of record as listed by the clerk.

                                                    By: */s/Jon May*
                                                        JON MAY, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 88-79-Cr-HOEVELER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GENERAL MANUEL ANTONIO NORIEGA

        Defendant.
_____/

## ORDER ISSUING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

THIS CAUSE, having come before the court on Petitioner's request that this Court issue a Writ of Habeas Corpus Ad Testificandum;

IT IS HEREBY ORDERED, that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum directing that the Warden of FCI, Miami deliver into the custody of the United States Marshal the Petitioner, General Manual Noriega, to attend the hearing on his Motion for Writs of Habeas Corpus, Mandamus, and Prohibition on Monday, August 13, 2007 and to return General Noriega to the Warden at the conclusion of the hearing.

Done and ordered in Chambers, this ____ day of August.

                                                _____
                                                William M. Hoeveler,
                                                Senior United States District Judge

Copies to:
    Clerk
    U.S. Marshal
    Michael P. Sullivan, AUSA
    Frank A. Rubino
    Jon May